UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.F., <br><br> Plaintiff, <br><br> v. <br><br> BELLINGHAM PUBLIC SCHOOLS, <br><br> Defendant. | CASE NO. 2:22-cv-01735-KKE <br><br> ORDER GRANTING CONTINUANCE OF TRIAL DATE AND RELATED PRE-TRIAL DEADLINES |

THIS MATTER came before the Court on the parties' joint motion to continue the trial scheduled for March 4, 2024 to September 2024. The motion is GRANTED. The Court hereby ORDERS that the existing trial date is stricken and trial shall be set for September 23, 2024, at 9:30 a.m. A scheduling order modifying the remaining pre-trial deadlines is forthcoming.

Dated this 14th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge