UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.F., <br><br> Plaintiff, <br><br> v. <br><br> BELLINGHAM PUBLIC SCHOOLS, <br><br> Defendant. | CASE NO. C22-1735-KKE <br><br> ORDER GRANTING STIPULATION AND CONTINUING CASE SCHEDULE |

This matter comes before the Court on the parties' stipulation to continue the trial date and case schedule. Dkt. No. 21. The Court finds good cause to extend the case schedule and GRANTS the stipulation. *Id.*

Accordingly, the Court STRIKES all current deadlines and sets the trial date as December 9, 2024. A scheduling order modifying the remaining pre-trial deadlines is forthcoming.

Dated this 1st day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION AND CONTINUING CASE SCHEDULE - 1